Wayne R. Gross, Esq. (SBN 138828)
grossw@gtlaw.com
Michael A. Piazza, Esq.(SBN 235881)
piazzam@gtlaw.com
Donald P. Bunnin, Esq. (SBN 223363)
bunnind@gtlaw.com

GREENBERG TRAURIG, LLP
3161 Michelson Drive, Suite 1000
Irvine, California 92612
Telephone:  (949) 732-6500
Facsimile:  (949) 732-6501

Attorneys for Defendants
INC21.com Corporation, d/b/a
INC21, INC21.net, INC21
Communications, Global YP,
NetOpus, MetroYP, JumPage
Solutions, GoFaxer.com and
FaxFaster.com, Jumpage
Solutions, Inc., GST U.S.A.,
Inc., Roy Yu Lin, and John
Yu Lin

# UNITED STATE DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>          Plaintiff,<br><br>vs.<br><br>INC21.com CORPORATION, *et al.*,<br><br>          Defendants. | CASE NO.  CV 10-00022 WHA<br><br>**STIPULATION AND ORDER TO CONTINUE THE DEPOSITIONS OF ANDREW WONG, JOHN LIN AND ROY LIN BY ONE DAY** |

## STIPULATION

WHEREAS, on January 3, 2010, Plaintiff Federal Trade Commission ("FTC") filed a Motion for Temporary Restraining Order ("TRO");

WHEREAS, on January 11, 2010, Defendants Inc21.com Corporation, d/b/a Inc21, Inc21.net, Inc21 Communications, Global YP, NetOpus, MetroYP, JumPage Solutions, GoFaxer.com and FaxFaster.com, Jumpage Solutions, Inc., GST U.S.A., Inc., Roy Yu Lin, and John Yu Lin (collectively, "Inc21") filed an Opposition to the FTC's Motion for TRO and supporting declarations;

WHEREAS, after the January 14, 2010 hearing on the TRO motion, the Court issued an Order Summarizing Rulings on Motion for Temporary Restraining Order ("TRO Order") dated January 14, 2010;

WHEREAS, in the TRO Order, the Court ordered one-day depositions for Postal Inspector Andrew Wong to be taken by Inc21 on Tuesday, January 26, 2010, and for Jon Lin and Roy Lin to be taken by the FTC on Wednesday, January 27, 2010 and Thursday, January 28, 2010 (one on each day in any order).

WHEREAS, on January 26, 2010, counsel for Inc21 will be traveling to San Francisco after completing a business trip in Miami, Florida, and accordingly, unavailable to take the deposition of Andrew Wong on this date;

WHEREAS, no prior extensions or time modifications have been requested in this case;

WHEREAS, if granted, this stipulation would not have an effect on the schedule for the case.

THEREFORE, it is hereby stipulated by and between the parties, through their counsels of record, as follows:

1. Inc21 shall depose, and the FTC shall make available, Postal Inspector Andrew Wong on Wednesday, January 27, 2010;

2. The FTC shall depose, and Inc21 shall make available, John Lin on Thursday, January 28, 2010; and

1

3. The FTC shall depose, and Inc21 shall make available, Roy Lin on Friday, January 29, 2010.

DATED: January 20, 2010     GREENBERG TRAURIG LLP

By: /s/ Wayne R. Gross
Wayne R. Gross
Michael A. Piazza
Donald P. Bunnin
Attorneys for Defendants
INC21.com Corporation, d/b/a INC21,
INC21.net, INC21 Communications,
Global YP, NetOpus, MetroYP,
JumPage Solutions, GoFaxer.com
and FaxFaster.com, Jumpage Solutions, Inc.,
GST U.S.A., Inc., Roy Yu Lin, and John Yu Lin

DATED: January 20, 2010     FEDERAL TRADE COMMISSION

By: /s/ Douglas V. Wolfe
Douglas V. Wolfe
Sanhya P. Brown
Kerry O'Brien
Attorneys for Plaintiff
Federal Trade Commission

PURSUANT TO STIPULATION,

IT IS SO ORDERED.

Dated: January __21__, 2010

WILLIAM
UNITED

IT IS SO ORDERED
Judge William Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2