IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FEDERAL TRADE COMMISSION,

    Plaintiff,

  v.

INC21.COM CORPORATION, *et al.*,

    Defendants.
                                    /

No. C 10-00022 WHA

**ORDER REGARDING UPCOMING PRELIMINARY INJUNCTION HEARING**

At the upcoming hearing scheduled for this Thursday, February 11, 2010, defendants are **ORDERED** to bring to the hearing *two* sets of copies of any and all responses to the Customer Notification form that have been received by Inc21 as of 5 p.m. on February 10, 2010 (or, if the hearing is delayed due to inclement weather, as of 5 p.m. the day prior to the rescheduled hearing date). These *complete* sets of customer responses are for the benefit of the FTC and the Court.

In the event that plaintiff's counsel are unable to attend the hearing due to the blizzard in the District of Columbia, the undersigned will consider delaying the hearing to Friday or the following Tuesday if absolutely necessary. The Court prefers, however, to proceed as scheduled and will *only* postpone the hearing if the weather prevents counsel from attending.

**IT IS SO ORDERED.**

Dated: February 8, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE