# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### San Francisco Division

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>INC21.com CORPORATION, et. al.,<br><br>Defendants. | Case No. CV 10-00022<br><br>**STIPULATION AND ORDER GRANTING ADMINISTRATIVE MOTION TO FILE DECLARATION UNDER SEAL** |

WHEREAS the Federal Trade Commission filed ("FTC") Unopposed Administrative Motion to File a Declaration Under Seal a document containing a personal identifier;

WHEREAS the FTC filed its Reply in Support of Issuance of Preliminary Injunction, and with it consumer declarations;

WHEREAS the FTC redacted information from one such declaration as filed, that of Mary Frederickson, and seeks to file under a seal an unredacted version of said declaration containing the declarant's birth date, which is defined by Civil L.R. 3-17 as a personal data identifier;

WHEREAS good cause exists for filing under seal because the FTC attests that the personal data contained in the declaration is necessary for the declaration to serve its purpose, and Civil L.R. 3-17 requires the filing of unredacted copies of such documents under seal; and

//

CASE NO. CV 10-00022 WHA
 STIPULATION AND ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO FILE DECLARATION UNDER SEAL

1  WHEREAS, the parties have stipulated to the filing of an unredacted version of this
2  document under seal.
3  THEREFORE, the Court grants the FTC's Motion to File a Declaration Under Seal.

6  Date: February 12, 2010        /s Douglas V. Wolfe
                                   Douglas V. Wolfe
7                                  Sandhya P. Brown
                                   Attorneys for Plaintiff Federal Trade Commission

                                    /s Wayne Gross
9                                  Wayne R. Gross
                                   Michael A. Piazza
10                                 Donald P. Bunnin
                                   Greenberg Traurig, LLP
11                                 Attorneys for Defendants

   PURSUANT TO STIPULATION, IT IS SO ORDERED.

14  Date: February 16, 2010.

                              _____
                              United States District Judge

   IT IS SO ORDERED
   Judge William Alsup

CASE NO. CV 10-00022 WHA
STIPULATION AND ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO FILE
DECLARATION UNDER SEAL

2