1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT
7
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   FEDERAL TRADE COMMISSION,                    No. C 10-00022 WHA
11          Plaintiff,
12     v.                                         **ORDER SETTING BRIEFING
                                                  SCHEDULE FOR MOTION
13   INC21.COM CORPORATION, *et al.*,             TO STAY PRELIMINARY
                                                  INJUNCTION AND DISCOVERY**
14          Defendants.
15                                        /

16          The undersigned has received defendants' emergency motion to stay both discovery and

17   the preliminary injunction pending defendants' appeal of the preliminary injunction to the Ninth

18   Circuit. The request for an expedited hearing on April 8, however, does not allow sufficient time

19   for the FTC to respond to the motion or for the undersigned to review the submitted briefs.

20   Moreover, defendants have provided no reason why they waited two weeks after filing their

21   notice of appeal to file the instant motion. As such, the following schedule will govern. The

22   FTC's opposition will be due by **NOON ON WEDNESDAY, APRIL 7, 2010**. Any reply must be filed

23   by **NOON ON FRIDAY, APRIL 9, 2010**. A hearing on the motion is scheduled for **8:00 A.M. ON**

24   **APRIL 15, 2010**.

25

26          **IT IS SO ORDERED.**

27

28   Dated: April 2, 2010.
                                            _____
                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE