IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>INC21.COM CORPORATION, *et al.*,<br><br>    Defendants.<br>_____ / | No. C 10-00022 WHA<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE ON APRIL 15, 2010** |

Since the case management scheduling order for this action was filed over a month and a half ago, there is no need to hold the case management conference that was originally scheduled (when this case was first filed) on April 15, 2010. As such, the April 15 case management conference is **VACATED**.

**IT IS SO ORDERED.**

Dated: April 6, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE