JAN T. CHILTON (State Bar No. 47582)
ANDREW S. ELLIOTT (State Bar No. 254757)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for
BANK OF AMERICA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FEDERAL TRADE COMMISSION, | Case No.: C 10-00022 WHA |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER AUTHORIZING THE TRANSFER OF FUNDS INTO THE COURT'S REGISTRY |
| vs. | |
| INC21.COM CORPORATION, et al., | Judge: Hon. William Alsup |
| Defendants. | Complaint Date: 1/5/10 |

On July 22, 2010, the Court granted third party Bank of America, N.A.'s ("BofA") motion for relief from the Court's May 26, 2010 Order authorizing partial release of funds from frozen assets (the "Order"). Dkt. No. 145. Pursuant to the Order, BofA, the Federal Trade Commission (the "FTC") and defendants Roy and John Lin (the "Lins") were instructed to submit a proposed order that properly authorizes the transfer of the subject funds into the Court's registry. The Parties have met and conferred, and submit the following proposed order:

1.  Pursuant to General Order No. 31, BofA shall deposit the total sum of $160,679.44 with the Treasurer of the United States in the name of the United States District Court, Northern District of California (the "Account") (As of July 22, 2010, John Lin's account xxxxx-x4889 totals $28,324.70, while Roy Lin's account xxxxx-x8166 totals $128,054.50 and his account xxxxx-x3560 totals $4,300.24).

2. The funds held in the Account shall be released by the Court on a monthly basis as provided by the Court's May 26, 2010 Order Authorizing Partial Release of Funds. The Lins shall submit a proposed order authorizing the monthly release of funds. The proposed order shall be in a form substantially similar to the attached **Exhibit A**.

3. It has been agreed between and among John Lin, Roy Lin, the FTC and BofA that once BofA deposits the funds totaling $160,679.44 into the Account, it shall be released for any claim which arises with regard to the release of the funds in connection with the Court's May 26, 2010 order affecting John Lin's and Roy Lin's individual BofA accounts.

IT IS SO ORDERED

DATED: August 2, 2010

_____
Hon. William H. Alsup
United States District Court,
Northern District of California

Exhibit A

| | | |
|---|---|---|
| 1 | Joel R. Dichter<br>Dichter Law LLC<br>488 Madison Avenue, 10th Flr<br>New York, NY 10022<br>(212)593-4202<br>dichter@dichterlaw.com<br>(Admitted Pro Hac Vice) | # EXHIBIT A<br><br>** ATTACHED ONLY AS AN EXHIBIT ** |

Attorneys for Defendants
INC21.com Corporation d/b/a
INC21, INC21.net, INC21
Communications, Global YP,
Net Opus, Metro YP, JumPage
Solutions, GoFaxer.com and,
FaxFaster.com, Jumpage
Solutions, Inc., GST U.S.A.
Inc, Roy Yu Lin, and John
Yu Lin

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

INC21.COM CORPORATION, *et al.*,

    Defendants.

No. C 10-00022 WHA

**(PROPOSED) ORDER AUTHORIZING AND DIRECTING RELEASE OF FUNDS FROM THE REGISTRY OF THE COURT**

TO THE CLERK OF THE COURT:

    On May 25, 2010 this Honorable Court issued an Order which *inter alia* permitted 1) John Lin to withdraw a maximum of Eight Thousand ($8,000.00) Dollars per month from his bank account at Bank of America, bearing account number XXXX-X4889, and 2) Roy Lin to withdraw a cumulative maximum of Eight Thousand ($8,000.00) Dollars per month from his bank accounts at Bank of America bearing account numbers XXXXX-08166 and XXXXX-63560, until the

- 1 -

| | |
|---|---|
| 1 | funds are depleted. |
| 2 | Subsequently, Bank of America moved to be relieved from any obligations that may have |
| 3 | arisen under the Court's May 25, 2010 Order. By Order dated, July 21, 2010, this Honorable |
| 4 | Court issued an Order granting Bank of America's motion. Thus, at this time, said funds are |
| 5 | being held in the Registry of the Court in accordance with General Order No. 31; accordingly, it |
| 6 | is hereby: |
| 7 | **ORDERED** that the Clerk of the Court shall disburse the amount of Eight Thousand |
| 8 | ($8,000.00) Dollars to John Lin and Eight Thousand ($8,000.00) Dollars to Roy Lin on the first |
| 9 | business day of each month until further order of this Court, commencing August 2, 2010; and it |
| 10 | is further, |
| 11 | **ORDERED**, that the Clerk of the Court shall provide the Plaintiff and Defendants the |
| 12 | most recent weekly CRIS report indicating the amount being held in the Registry of the Court on |
| 13 | the first business day of each month; |

**IT IS SO ORDERED.**

Dated: July ___, 2010

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

** ATTACHED ONLY AS AN EXHIBIT **

- 2 -