IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | No. C 10-00022 WHA |
| Plaintiff, | |
| v. | **ORDER APPROVING ADJUSTED DEPOSIT AMOUNTS INTO THE COURT'S REGISTRY** |
| INC21.COM CORPORATION, *et al.*, | |
| Defendants. | |

On August 2, 2010, the undersigned judge authorized the transfer of funds from Bank of America into the Court's registry in the total amount of $160,679.44 (Dkt. No. 151). One day later, Bank of America filed a letter informing the Court that, pursuant to the terms of the preliminary injunction order, it had already dispersed $16,000 of these funds to defendants John and Roy Lin (Dkt. No. 152). Thus, the total amount to be transferred into the Court's registry has been reduced by $16,000, and should now be **$144,679.44**. The adjusted deposit amounts stated in Bank of America's August 3 letter are correct and **APPROVED**. The amounts stated in the Court's August 2 order should be deemed modified by the amounts stated in the August 3 letter.

**IT IS SO ORDERED.**

Dated: August 6, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE