IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | No. C 10-00022 WHA |
| Plaintiff, | |
| v. | ORDER CONTINUING HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT TO 8:00 A.M. ON SEPTEMBER 15 |
| INC21.COM CORPORATION, *et al.*, | |
| Defendants. | |

Due to the unavailability of plaintiff's counsel during the week of August 30 (for reasons set forth in numerous declarations filed with the Court), the hearing on the parties' cross-motions for summary judgment is rescheduled to **8:00 A.M. ON WEDNESDAY, SEPTEMBER 15, 2010**. No further continuances will be allowed.

**IT IS SO ORDERED.**

Dated: August 27, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE