IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FEDERAL TRADE COMMISSION,

    Plaintiff,

  v.

INC21.COM CORPORATION, *et al.*,

    Defendants.
                                      /

No. C 10-00022 WHA

**ORDER SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO STAY AND STAYING REFUNDS OF ESCROWED FUNDS**

The Federal Trade Commission shall file a response to defendants' motion to stay the injunction and judgment, to dispense with a supersedeas bond, to reinstate monthly living expenses, and for further release of funds for attorney's fees **BY NOON ON FRIDAY, OCTOBER 8, 2010**. Defendants may file a reply **BY NOON ON TUESDAY, OCTOBER 12**. Both sides may comment on whether the scope of the injunction and/or judgment should be amended in light of the arguments presented. The motion will be decided on the papers unless otherwise ordered. Pending the resolution of this motion, the portion of the permanent injunction ordering direct refunds of monies held in escrow by LECs and billing aggregators is **STAYED**.

**IT IS SO ORDERED.**

Dated: October 4, 2010.

                                                        WILLIAM ALSUP
                                                        UNITED STATES DISTRICT JUDGE