**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**San Francisco Division**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>INC21.com CORPORATION, et. al.,<br><br>Defendants. | Case No. CV 10-00022<br><br>**ORDER TO TRANSFER FUNDS FROM COURT REGISTRY TO FTC IN PARTIAL SATISFACTION OF JUDGMENT** |

NOTICE TO THE CLERK OF COURT:

The undersigned has entered judgment for the Plaintiff, Federal Trade Commission, in the amount of $37,970,929.57.  In partial satisfaction of that judgment, the Clerk of Court shall transfer from the registry all remaining funds held for this case pursuant to General Order No. 31 and the Orders Authorizing The Transfer of Funds into the Court's Registry (DE 151, 153).

The Clerk shall contact counsel for the Federal Trade Commission, Douglas Wolfe, at (202) 326-3113 to obtain wire transfer instructions.

 IT IS SO ORDERED.

Date: _ November 5, 2010. ____

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE