IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

INC21.COM CORPORATION, *et al.*,

Defendants.
                                               /

No. C 10-00022 WHA

**ORDER IMPLEMENTING DISTRIBUTION PLAN**

The FTC's proposed *pro rata* distribution plan, as set forth in its proposed order (Dkt. No. 184-2) is hereby adopted, subject to these conditions:

*First*, the envelopes in which refund checks are distributed shall not resemble junk mail. The distribution plan administrator shall make all reasonable efforts to design the mailings in a style that helps recipients understand their nature and content without inviting theft.

*Second*, the mailings through which refund checks are distributed shall include a notice explaining the recipients' rights. The notice shall state the estimated refund to which the recipient is entitled and the amount of the enclosed refund check. The notice shall explain that the recipient may cash the check without waiving his or her right to sue defendants independently, but that any judgment in such a suit would be reduced by the amount of the cashed check.

*Third*, exact records must be kept of the check amounts, the recipients, and the dates on which the checks are cashed or deposited.

The FTC shall confirm agreement with these conditions before commencing distribution.

**IT IS SO ORDERED.**

Dated: January 25, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE