**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**San Francisco Division**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>INC21.com CORPORATION, et. al.,<br><br>Defendants. | Case No. CV 10-00022<br><br>**ORDER GRANTING**<br>**APPLICATION FOR WRIT**<br>**OF EXECUTION** |

WHEREAS the Federal Trade Commission ("FTC") filed an Application for Writ of Execution and for good cause shown;

IT IS HEREBY ORDERED that the FTC's Application for Writ of Execution is granted;

IT IS FURTHER ORDERED that a Writ of Execution commanding the United States Marshal to satisfy the judgment by levying on and selling property in which the defendants have a substantial nonexempt interest shall be issued by the Clerk of Court;

IT IS FURTHER ORDERED that the levy and sale of the property and the disposition of the sale proceeds shall be conducted pursuant to 28 U.S.C. § 3203 and the provisions of the Federal Debt Collection Procedures Act, 28 U.S.C. § 3001, et. seq.

Dated: February  8 , 2011

1

2

3     IT IS SO ORDERED.

4

   Date: __February 8, 2011.__

5

6                                    _____
                                     United States District Judge
7                                    William Alsup

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28