IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>INC21.COM CORPORATION, *et al.*,<br><br>Defendants.<br>                                                              / | No. C 10-00022 WHA<br><br>**ORDER REQUESTING FTC RESPONSE TO CLAIM OF EXEMPTION** |

In February 2011, a writ of execution was issued as to defendant John Yu Lin (Dkt. No. 198). Defendant John Yu Lin now claims several exemptions to execution of the judgment against him, and also requests a hearing (Dkt. Nos. 205–06). Plaintiff shall file a response to these filings by **NOON ON APRIL 22, 2011**. After reviewing plaintiff's response, it will be determined whether further briefing or a hearing will be necessary.

**IT IS SO ORDERED.**

Dated: April 19, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE