Douglas V. Wolfe
Sandhya P. Brown
600 Pennsylvania Avenue, NW
Mailstop M-8102B
Washington, DC 20580
Telephone: (202) 326-3113, -2040
Fax: (202) 326-2558
Email: dwolfe@ftc.gov, sbrown5@ftc.gov

Local Counsel
Kerry O'Brien (CSBN 149264)
901 Market Street, Suite 570
San Francisco, CA 94103
Telephone: (415) 848-5189
Fax: (415) 848-5184
Email: kobrien@ftc.gov

Attorneys for Plaintiff
Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**San Francisco Division**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> INC21.com CORPORATION, et. al., <br><br> Defendants. <br><br> and <br><br> KERRY KRISHER, LIQUIDATING TRUSTEE, <br><br> Garnishee. | Case No. CV 10-00022 WHA <br><br> [Proposed] <br> **ORDER GRANTING APPLICATION FOR WRIT OF CONTINUING GARNISHMENT** |

Upon consideration of the Federal Trade Commission's ("FTC") Application for Writ of Continuing Garnishment and for good cause shown,

IT IS HEREBY ORDERED that the FTC's Application for Writ of Continuing Garnishment is granted.

IT IS FURTHER ORDERED that the Clerk of the Court shall issue a Writ of Continuing

CASE NO. CV 10-00022 WHA
ORDER GRANTING WRIT OF CONTINUING GARNISHMENT

1  Garnishment to Kerry Krisher, Liquidating Trustee in the case styled as *In re Old T.B.R,*
2  *Incorporated, f/k/a The Billing Resource, dba Integretel*, Case No. 07-52890 (Bankr. N.D. Cal.)
3  ("Bankruptcy Case"), as Garnishee, for the purposes of garnishing property in which defendant
4  Inc21.com Corporation has a substantial nonexempt interest, in order to satisfy the judgment
5  entered in the above captioned-case.
6      IT IS FURTHER ORDERED that nothing in this Order, the Writ of Continuing
7  Garnishment, or the Order of Disposition shall interfere with the Liquidating Trustee's
8  administration of the Liquidating Trust in accordance with the Liquidating Trust Agreement
9  (Bankruptcy Case Dkt. No. 1109-1) and confirmed Debtor's Third Amended Joint Chapter 11
10 Plan of Reorganization (Bankruptcy Case Dkt. No. 1099), or otherwise require the Liquidating
11 Trustee to make distributions other than to the same extent and with the same priority that
12 Inc21.com Corporation would otherwise be entitled in the Bankruptcy Case.

15 Date: September 4, 2012.
         _____
         William Alsup
16       United States District Judge

28 CASE NO. CV 10-00022 WHA
   ORDER GRANTING WRIT OF CONTINUING GARNISHMENT

2