Douglas V. Wolfe
Sandhya P. Brown
600 Pennsylvania Avenue, NW
Mailstop M-8102B
Washington, DC 20580
Telephone: (202) 326-3113, -2040
Fax: (202) 326-2558
Email: dwolfe@ftc.gov, sbrown5@ftc.gov

Local Counsel
Kerry O'Brien (CSBN 149264)
901 Market Street, Suite 570
San Francisco, CA 94103
Telephone: (415) 848-5189
Fax: (415) 848-5184
Email: kobrien@ftc.gov

Attorneys for Plaintiff
Federal Trade Commission

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
San Francisco Division**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>INC21.com CORPORATION, et. al.,<br><br>Defendants.<br><br>and<br><br>KERRY KRISHER, LIQUIDATING TRUSTEE,<br><br>Garnishee. | Case No. CV 10-00022 WHA<br><br>[Proposed]<br>**ORDER GRANTING APPLICATION FOR WRIT OF CONTINUING GARNISHMENT** |

Upon consideration of the Federal Trade Commission's ("FTC") Application for Writ of Continuing Garnishment and for good cause shown,

IT IS HEREBY ORDERED that the FTC's Application for Writ of Continuing Garnishment is granted.

IT IS FURTHER ORDERED that the Clerk of the Court shall issue a Writ of Continuing

Garnishment to Kerry Krisher, Liquidating Trustee in the case styled as *In re Old T.B.R, Incorporated, f/k/a The Billing Resource, dba Integretel*, Case No. 07-52890 (Bankr. N.D. Cal.) ("Bankruptcy Case"), as Garnishee, for the purposes of garnishing property in which defendant Inc21.com Corporation has a substantial nonexempt interest, in order to satisfy the judgment entered in the above captioned-case.

IT IS FURTHER ORDERED that nothing in this Order, the Writ of Continuing Garnishment, or the Order of Disposition shall interfere with the Liquidating Trustee's administration of the Liquidating Trust in accordance with the Liquidating Trust Agreement (Bankruptcy Case Dkt. No. 1109-1) and confirmed Debtor's Third Amended Joint Chapter 11 Plan of Reorganization (Bankruptcy Case Dkt. No. 1099), or otherwise require the Liquidating Trustee to make distributions other than to the same extent and with the same priority that Inc21.com Corporation would otherwise be entitled in the Bankruptcy Case.

Date: September 4, 2012.

_____
William Alsup
United States District Judge

CASE NO. CV 10-00022 WHA
ORDER GRANTING WRIT OF CONTINUING GARNISHMENT

2