1   Douglas V. Wolfe
    Sandhya P. Brown
2   600 Pennsylvania Avenue, NW
    Mailstop M-8102 B
3   Washington, DC 20580
    Telephone: (202) 326-3113, -2040
4   Fax: (202) 326-2558
    Email: dwolfe@ftc.gov, sbrown5@ftc.gov
5
    Local Counsel
6   Kerry O'Brien (CSBN 149264)
    901 Market Street, Suite 570
7   San Francisco, CA 94103
    Telephone: (415) 848-5189
8   Fax: (415) 848-5184
    Email: kobrien@ftc.gov
9
    Attorneys for Plaintiff
10  Federal Trade Commission

11              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
12                   San Francisco Division

13  | FEDERAL TRADE COMMISSION, | |
    | Plaintiff, | Case No. CV 10-00022 |
14  | | |
    | v. | **WRIT OF CONTINUING** |
15  | | **GARNISHMENT** |
16  | INC21.com CORPORATION, et al., | |
17  | Defendants. | |
18  | --- | |
    | KERRY KRISHER, LIQUIDATING | |
19  | TRUSTEE, IN RE: OLD T.B.R., | |
    | INCORPORATED, | |
20  | | |
21  | Garnishee. | |

22  TO:    Kerry Krisher
23         *Liquidating Trustee of*
           *Old T.B.R., Incorporated, f/k/a The Billing Resource, dba Integretel*
24         GlassRatner Advisory & Capital Group LLC
           19800 MacArthur Blvd
25         Suite 820
           Irvine, CA 92612
26

27  **YOU ARE HEREBY COMMANDED TO GARNISH FOR THE BENEFIT OF THE**

28  **UNITED STATES OF AMERICA PROPERTY IN YOUR CUSTODY, CONTROL, OR**

1   **POSSESSION IN WHICH THE DEFENDANT-JUDGMENT DEBTOR HAS A**

2   **SUBSTANTIAL NONEXEMPT INTEREST.**

3       The name, last known address of the person who is the defendant-judgment debtor

4   ("defendant") in this action and whose property is subject to this Writ are as follows:

5           Inc21.com Corporation
        785 Market Street

6           Suite 900
        San Francisco, California 94103

7

8       This Writ has been issued at the request of the Federal Trade Commission to enforce the

9   collection of a judgment entered in its favor against the defendant for a debt in the original

10  amount of $37,970,929.57.  There is a balance due of approximately $33,097,999.18, through

11  July 27, 2012.

12      The following are the steps that you must take to comply with this Writ.  If you have any

13  questions, you should consult with your attorney.

14      1. Pursuant to 28 U.S.C. § 3205(c)(2)(F), if you have in your custody, control, or

15  possession any property of the debtor, including any banking accounts, in which the debtor has a

16  substantial nonexempt interest, or if you obtain custody, control, or possession of such property

17  while this Writ is in effect, you must immediately withhold such property from the debtor and

18  retain it in your possession until you receive instructions from the Court which will tell you what

19  to do with the property.

20      2. Pursuant to 28 U.S.C. § 3205(c)(2)(E), you are required to answer this Writ within 10

21  days after service of this Writ upon you.  You must answer the Writ even if you do not have in

22  your custody, control, or possession any property of the debtor.  Pursuant to 28 U.S.C. §

23  3205(c)(4), your answer must state, under oath, the following information:

24          a.   whether or not you have in your custody, control, or possession, any property

25              owned by the debtor in which the debtor has a substantial nonexempt interest,

26              including nonexempt disposable earnings;

27          b.   a description of such property and the value of such property;

28          c.   a description of any previous garnishments to which such property is subject

1         and the extent to which any remaining property is not exempt; and

2           d.   the amount of the debt you anticipate owing to the debtor in the future and

3           whether the period for payment will be weekly or another specified period.

4 For your convenience, a form which addresses the above-requested information is attached and

5 may be used to answer the Writ.

6       3. After you complete the answer under oath, pursuant to 28 U.S.C. § 3205(c)(2)(E) and

7 (c)(4), within ten (10) days after service of this Writ upon you, you must mail or deliver the

8 original answer bearing the original signature of the person preparing the answer to the Court at

9 the following address:

10         Clerk, United States District Court
          450 Golden Gate Avenue, 16th Floor

11         P.O. Box 36060
          San Francisco, CA 94102

12 At the same time you mail or deliver the original answer to the Court, you must also mail or

13 deliver a copy of the original answer to both the debtor and attorney for the Federal Trade

14 Commission at the following respective addresses:

15         Douglas V. Wolfe

16         Attorney, Federal Trade Commission
          600 Pennsylvania Ave., N.W.

17         Suite M-8102 B
          Washington, DC 20580

18

19         Wayne R. Gross
          Attorney for Inc21.com Corporation

20         Greenberg Traurig, LLP
          3161 Michelson Drive
          Suite 1000

21         Irvine, CA 92612

22         Joel R. Dichter
          Attorney for Inc21.com Corporation

23         Dichter Law, LLC
          488 Madison Avenue

24         10th Floor
          New York, NY 10022.

25

26 Please note that the attached form answer contains a certificate of service which needs to be

27 completed by the person mailing the copies of the answer to the debtor and the attorney for the

28 United States, and which needs to be filed with the Court along with the answer.

WRIT OF CONTINUING GARNISHMENT
CV 10-00022 WHA           3

1    IF YOU FAIL TO ANSWER THIS WRIT OR FAIL TO WITHHOLD PROPERTY

2    IN ACCORDANCE WITH THIS WRIT, THE FEDERAL TRADE COMMISSION MAY

3    PETITION THE COURT FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE

4    THE COURT TO ANSWER THE WRIT AND TO WITHHOLD PROPERTY IN

5    ACCORDANCE WITH THE WRIT BEFORE THE APPEARANCE DATE.  IF YOU

6    FAIL TO APPEAR OR DO APPEAR AND FAIL TO SHOW GOOD CAUSE WHY YOU

7    FAILED TO COMPLY WITH THIS WRIT, THE COURT WILL ENTER A JUDGMENT

8    AGAINST YOU FOR THE VALUE OF THE DEBTOR'S NONEXEMPT INTEREST IN

9    SUCH PROPERTY (INCLUDING NONEXEMPT DISPOSABLE EARNINGS).  THE

10   COURT MAY ALSO AWARD A REASONABLE ATTORNEY'S FEE TO THE

11   FEDERAL TRADE COMMISSION AND AGAINST YOU IF THE WRIT IS NOT

12   ANSWERED WITHIN THE TIME SPECIFIED HEREIN AND IF THE FEDERAL

13   TRADE COMMISSION FILES A PETITION REQUIRING YOU TO APPEAR.

14

15   RICHARD W. WIEKING,
     Clerk of the United States
16   District Court for the Northern
     District of California
17

18   Dated: 9-5-12          By:_____
                                Deputy Clerk
19

20

21

22

23

24

25

26

27

28